**GABRIEL L. GRASSO, ESQ.**
Nevada Bar Number 7358
**GABRIEL L. GRASSO, P.C.**
231 South Third Street, Suite 100
Las Vegas, Nevada 89101
(702) 868-8866
Attorney for EVGENY KRYLOV

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>[6] EVGENY KRYLOV; [15] MICHAEL )<br>VALES; et al., )<br>)<br>Defendants. )<br>_____ ) | Case No.:   2:11-cr-00434-LDG-PAL |

### JOINDER TO DEFENDANT MICHAEL VALES'S MOTION TO CONTINUE TRIAL

Defendant EVGENY KRYLOV, by and through his attorney, Gabriel L. Grasso, hereby joins in Co-Defendant Michael Vales's MOTION TO CONTINUE TRIAL in the above-styled matter.

DATED this 6th day of December, 2012.

                                        /s/
                              GABRIEL L. GRASSO, ESQ.
                              Nevada Bar Number 7358
                              GABRIEL L. GRASSO, P.C.
                              231 South Third Street, Suite 100
                              Las Vegas, Nevada 89101
                              (702) 868-8866
                              Attorney for Evgeny Krylov

**SUPPLEMENTAL POINTS AND AUTHORITIES**

Defendant Evgeny Krylov hereby adopts the points and authorities submitted by co-defendant Michael Vales, and submits the following to supplement that argument.

1. Discovery in this case consists of at least 8 CD's. According to Bates Stamps there are over 20,000 pages of discovery. Based upon the CJA guidelines if 1 minute per page for discovery review, the amount of discovery in this case would amount to over 330 hours, which translates into over two months of 40-hour weeks.

2. Due to undersigned counsel's federal trial schedule, and involvement in other large discovery laden federal cases such as US V. HEATHER DALE, 2:12-cr-00083-MMD-GWF (known as the "Carder-su" prosecution), US v STEVE YOST 2:11-cr-00396-MMD-PAL, US v. MELISSA HACK 2:12-cr-00063-PMP-RJJ (Federal Death Penalty), and US v. MARK HANSEN 2:12-cr-00400 MMD-GWF, the discovery review in this case has not been completed.

3. Undersigned counsel is enrolled to take the California Bar Exam on February 26 through 28, 2013. Preparation for this bar exam will take place during January and February of 2013. The current trial date and the expected length of this trial will severely hamper counsel's preparation and will most likely require the loss of the application fee and the resetting of the exam for July, 2013.

4. EVGENY KRYLOV is in pretrial detention and does not object to this continuance.

DATED this 6th day of December, 2012.

                              /s/
                           GABRIEL L. GRASSO, ESQ.
ORDER                Nevada Bar Number 7358
                           GABRIEL L. GRASSO, P.C.
IT IS SO ORDERED.      231 South Third Street, Suite 100
                           Las Vegas, Nevada 89101
DATED this 26 day of December, 2012.  (702) 868-8866
                           Attorney for Evgeny Krylov

_____
Lloyd D. George
Sr. U.S. District Judge